IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00051-BR |
| Plaintiff, | TRIAL CONDUCT ORDER |
| v. | |
| AMMON BUNDY, RYAN BUNDY, SHAWNA COX, PETER SANTILLI, DAVID LEE FRY, JEFF WAYNE BANTA, KENNETH MEDENBACH, and NEIL WAMPLER, | |
| Defendants. | |

BROWN, Judge.

The Court issues this Trial Conduct Order in order to confirm for the parties the Court's requirements concerning their conduct at trial.

1.  Trial proceedings in the jury's presence will be held four days per week until the trial is complete. Except for the week of October 10, 2016, when the Columbus Day holiday falls on a Monday and court will not be in session on that day, jury trial proceedings will occur Monday through Thursday of each trial week unless the Court otherwise directs. Except on Friday, September

1 - TRIAL CONDUCT ORDER

30, 2016, when court will not be in session for this matter, the Court may schedule proceedings outside the jury's presence on Fridays of each trial week to facilitate the efficient presentation of evidence in the jury's presence.  The Court directs parties and counsel to remain available for such Friday sessions unless the Court otherwise directs.

2.   Unless otherwise permitted by the Court, all parties will examine witnesses while seated at the table designated for witness examination.  Unless a self-represented party is in the process of testifying from the witness stand, all parties should stand and be recognized by the Court before speaking to the Court whenever court is in session.  When a self-represented party seeks to object to evidence that another party is attempting to introduce, such party must stand, be recognized by the Court, and then state such objection(s) concisely.  At all other times when court is in session, each of the parties must sit at their designated table with their microphones off and refrain from speaking in a manner that would disrupt the proceedings.

3.   The parties and counsel must follow carefully all Court orders regarding the admissibility of evidence and permissibility of argument.

4.   Any defendant who engages in disruptive behavior that justifies removal from the courtroom will be given one warning that the defendant will be removed from the courtroom if the

2 - TRIAL CONDUCT ORDER

behavior persists.  Pursuant to Federal Rule of Criminal Procedure 43(c)(1)(C), if a defendant persists with such disruptive behavior, he or she will be removed from the courtroom and will observe the proceedings from a remote location until further order of the Court.

    IT IS SO ORDERED.

    DATED this 25th day of August, 2016.

                                    /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge