# UNITED STATES COURTS FOR THE NINTH CIRCUIT
# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Motion*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **John Coughenour**, United States Senior District Judge for the Western District of Washington to perform the duties of United States District Judge temporarily for the District of Oregon to hear a pending motion in the specific case *USA v. Bundy, et al.*, Case No. 3:16-cr-00051, and all matters related thereto.

May 17, 2017

Sidney R. Thomas
Chief Judge

cc:  Hon. John Coughenour
Hon. Ricardo Martinez, Chief Judge, Western District of Washington
Hon. Michael Mosman, Chief Judge, District of Oregon
William McCool, Clerk of Court, Western District of Washington
Mary Moran, Clerk of Court, District of Oregon