Michael E. Rose, OSB#753221
E-mail: mrose@civilrightspdx.com
CREIGHTON & ROSE, PC
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:      (503) 223-1516
Of Attorneys for Gary Hunt

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**AMMON BUNDY, et al.,**<br><br>            Defendant.<br><br>**GARY HUNT,**<br><br>            Respondent. | Case No. 3:16-cr-00051-BR<br><br>**RESPONDENT'S<br>NOTICE OF COMPLIANCE** |

I, Gary Hunt, hereby certify that I have complied with the court's Order Dkt. No. 2257 as follows:

    1. I have removed all excerpts and references to the substance of the CHS reports from my website.

    2 . I have destroyed any and all remaining copies of the CHS reports that I had retained in either physical or electronic form, subject to the single exception identified by this court at page 22, ¶4 of the court's Order (Dkt. 2257).

    I swear or affirm under penalty of perjury that the above statement is true and correct to the best of my knowledge and belief, and that it may be used as evidence in court.

        DATED this 13th day of September, 2017            *s/ Gary Hunt*
                                                                                            Gary Hunt

PAGE 1 – RESPONDENT'S NOTICE OF COMPLIANCE

CREIGHTON & ROSE, PC   ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
mrose@civilrightspdx.com