BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #992984**
**GEOFFREY A. BARROW**
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorneys
ethan.knight@usdoj.gov
geoffrey.barrow@usdoj.gov
craig.gabriel@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:16-CR-00051-BR |
| v. | **GOVERNMENT'S MOTION TO PERMIT APPEARANCE OF TRIBAL REPRESENTATIVE** |
| **DUANE LEO EHMER,** **JAKE RYAN,** | |
| **Defendants.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Ethan D. Knight, Geoffrey A. Barrow, and Craig J. Gabriel, Assistant United States Attorneys, hereby moves the Court for an order allowing a representative of the Burns Pauite Tribe to speak at the sentencings of defendants Ehmer and Ryan.

The government requests that the Court permit a representative to speak at the sentencings of defendants Ehmer and Ryan. Because the tribe is not otherwise a named victim of the 18 U.S.C. § 1361 count for purposes of the Crime Victims Rights Act, it is the government's request that the Court exercise its discretion and permit a member of the tribe to speak regarding the impact of defendants' conduct.

The government has conferred with counsel for defendants, and they oppose this motion.

Dated this 9th day of November 2017.

                Respectfully submitted,

                BILLY J. WILLIAMS
                United States Attorney

                *s/ Ethan D. Knight*
                ETHAN D. KNIGHT, OSB #992984
                GEOFFREY A. BARROW
                CRAIG J. GABRIEL, OSB #012571
                Assistant United States Attorneys