**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>        Plaintiff,<br>vs.<br><br>**JAKE RYAN,**<br><br>        Defendants. | Case No.: 3:16-CR-00051-BR-26<br><br>**DECLARATION OF JESSE MERRITHEW IN SUPPORT OF DEFENDANT'S MOTION TO WITHDRAW AND ALLOW SELF-REPRESENTATION** |

The undersigned, Jesse Merrithew, appointed counsel for the defendant herein, hereby swears and affirms under penalty of perjury that the following is true and correct:

1. I am the attorney of record for the above-named defendant. I make this declaration in support of his concurrently filed *Motion to Withdraw and Allow Self-Representation*.

2. A sentencing hearing, presumably the final hearing in district court on this matter, is scheduled for tomorrow, January 24, 2018.

3. Mr. Ryan contacted me by phone yesterday evening. He requested that I withdraw

from his case and he be allowed to represent himself in any further proceedings.

4. I made the CJA Panel office aware of Mr. Ryan's request.

**DATED** this 23rd day of January, 2018

                By: <u>/s Jesse Merrithew</u>
                **Jesse Merrithew**, OSB No. 074564
                Attorney for Jake Ryan

Page 2 – DECLARATION OF JESSE MERRITHEW
IN SUPPORT OF DEFENDANT'S MOTION TO
WITHDRAW AND ALLOW SELF-REPRESENTATION

Levi Merrithew Horst PC
610 SW Alder Street, Ste 415
Portland, Oregon 97205