**FILED**

UNITED STATES COURT OF APPEALS

APR 22 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30242, 19-30077 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00051-BR-10 |
| v. | District of Oregon, Portland |
| DUANE LEO EHMER, | |
| Defendant-Appellant. | ORDER |
| UNITED STATES OF AMERICA, | No. 17-30246, 19-30077 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00051-BR-22 |
| v. | District of Oregon, Portland |
| DARRYL WILLIAM THORN, | |
| Defendant-Appellant. | |
| UNITED STATES OF AMERICA, | No. 18-30025, 19-30077 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00051-BR-26 |
| v. | District of Oregon, Portland |
| JAKE RYAN, | |
| Defendant-Appellant. | |

MH/Appellate Commissioner

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>JASON PATRICK,<br><br>　　　　Defendant-Appellant. | No.   18-30042, 19-30077<br><br>D.C. No. 3:16-cr-00051-BR-9<br>District of Oregon,<br>Portland |

Before: Peter L. Shaw, Appellate Commissioner.

　　　Appellants' motion (Dkt. Entry No. 16 in 17-30242, Dkt. Entry No. 2 in 19-30077) is granted to consolidate their new joint appeal number 19-30077 with their previously consolidated individual appeals, numbers 17-30242, 17-30246, 18-30025, and 18-30042.  The Clerk shall change this court's docket to so reflect.  The previously established briefing schedule remains in effect.